# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Thurston, Jennifer L. | 2. Court or Organization  Eastern District-California | 3. Date of Report  05/3/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge (FT) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |
| 7. Chambers or Office Address  510 19th Street, Suite 200  Bakersfield, CA 93301 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 (See Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Continuing participation in Kern County Deferred Compensation (457 plan) (former employer), no income |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Kern County Employees' Retirement Association | $3,236.20 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed real estate agent |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | M | T | | | | | |
| 2. Morgan Stanley Account (cash equivalency) | A | Interest | M | T | | | | | |
| 3. WW Sycamore Farms LP | C | Distribution | M | W | | | | | |
| 4. Sunrise Terrace Madera Apartments LP | D | Distribution | L | W | | | | | |
| 5. Beechwood LP | D | Distribution | M | W | | | | | |
| 6. GSF Summer Place Investors LP | D | Distribution | N | W | | | | | |
| 7. GSF Springs Investors LP | G | Distribution | O | W | | | | | |
| 8. VV Apts. LLC | | None | | | Merged (with line 52) | 05/31/18 | M | | |
| 9. 1951 Golden State LLC | | None | | | Merged (with line 51) | 05/31/18 | L | | |
| 10. GSF Edgewater Investors LP | B | Distribution | M | W | | | | | |
| 11. Morgan Stanley SEP IRA | | | | | | | | | |
| 12. --Bank Deposit Program, Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 13. --AMCAP Fund Class C | C | Dividend | | | Sold | 10/12/18 | M | | |
| 14. --Capital Income Builder Fund Class C | A | Dividend | M | T | | | | | |
| 15. --Capital World Growth & Income Fund Class C | A | Dividend | L | T | | | | | |
| 16. --AMCAP World Growth & Income Fund Class A | B | Dividend | K | T | Buy (add'l) | 05/07/18 | K | | |
| 17. --Europacific Growth Fund Class C | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Franklin Gold & Precious Metals Fund Class C | D | Dividend | | | Sold | 05/04/18 | J | | |
| 19. --American Fundamental Investors Fund Class C | B | Dividend | | | Sold | 10/11/18 | K | | |
| 20. --Prudential Jennison Natural Resources Fund Class C | A | Dividend | K | T | | | | | |
| 21. --US Treasury Notes Ser B - 2018 | A | Interest | | | Redeemed | 02/15/18 | K | | |
| 22. --SAFRA Nat'l Bank CD New York, NY CD | B | Interest | | | Redeemed | 01/19/18 | M | | |
| 23. --American Fundamental Investors Fund Class A | B | Dividend | K | T | Buy | 05/07/18 | K | | |
| 24. --Europacific Growth Fund Class A | B | Dividend | K | T | Buy | 05/07/18 | K | | |
| 25. --American Balanced C | B | Dividend | M | T | Buy | 05/07/18 | K | | |
| 26. --American Balanced A | | | K | T | Buy | 05/07/18 | K | | |
| 27. --Wells Fargo BK NA Sioux Falls SD CD | B | Interest | M | T | Buy | 05/09/18 | M | | |
| 28. --State Bank India New York NY CD | | None | M | T | Buy | 08/15/18 | M | | |
| 29. --Franklin Growth C | A | Dividend | J | T | Buy | 05/04/18 | J | | |
| 30. --American US Gov't Money Mkt C | A | Dividend | M | T | Buy | 10/12/18 | K | | |
| 31. | | | | | Buy (add'l) | 10/12/18 | M | | |
| 32. --American AMCAP A | B | Dividend | K | T | Buy | 05/07/18 | K | | |
| 33. WW Mandalay Preserve, LLC | F | Distribution | L | U | | | | | |
| 34. WW Multistate Properties I, LLC | G | Distribution | N | U | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GSF Sunnyside Clovis Investors, LP | E | Distribution | L | W | | | | | |
| 36. GSF Maple Estates, LP | C | Dividend | L | W | | | | | |
| 37. WW Olympus Property IV, LLC | D | Distribution | M | W | | | | | |
| 38. GSF Lakeview Lemore Investors, LP | D | Distribution | M | U | | | | | |
| 39. Olympus Property Fund V LLC | E | Distribution | M | U | | | | | |
| 40. GSF West Pointe Investors, LP | E | Distribution | N | U | | | | | |
| 41. Olympus Property VI LLC | D | Distribution | M | W | | | | | |
| 42. GSF Capital Partnership | C | Interest | K | U | | | | | |
| 43. Olympus Property VII LLC | D | Distribution | M | W | | | | | |
| 44. Olympus Development Fund 1, LLC | | None | K | W | | | | | |
| 45. WW Rosemeade LLC | B | Distribution | K | W | Buy | 05/01/18 | K | | |
| 46. WW Cape House Investors LLC-1031 Portfolio | B | Distribution | L | W | Buy | 05/01/18 | L | | |
| 47. GSF Jackson Park Place Investors L.P. | C | Distribution | M | W | Buy | 03/20/18 | M | | |
| 48. WW Multifamily Northeast Heights LLC | | None | K | W | Buy | 11/28/18 | K | | |
| 49. | | | K | W | Buy (add'l) | 12/12/18 | K | | |
| 50. GSF Sierra Hills Clovis Investors, LP | | None | L | W | Buy | 08/21/18 | L | | |
| 51. WW Santa Monica Investors LLC | C | Distribution | L | W | Buy | 05/31/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GSF Sierra Ridge CLovis Investors, L.P. | E | Distribution | P1 | W | Buy | 05/31/18 | O | | |
| 53. WW Preserve Investors LLC | C | Distribution | M | W | Buy | 08/20/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Trust #1, indentified in Part I, consists of personal assets that are not otherwise reportable (i.e., home, cars, etc.) and items that are reportable. The items in Trust #1 that are reportable, are listed in Part VII, lines 1 through 10, lines 33 through 53 and line 11. (Line 11 is made up of my husband's SEP detailed in lines 12-32, so these are part of the trust also).

2. As to the agreement listed in Part II, this refers to the 457 plan I have enrolled in when I was an employee of the County of Kern. I have continued to list "2009" as the date of the agreement because this is the year I separated from the County of Kern. Though I continue to have money in this plan, I cannot invest additional money and receive no income or disbursements from it.

3. The income set forth in Part III-A is the gross amount per month. I began taking the retirement amount on my birthday on June 6, 2017.

4. In Part VIII, Beal Bank USA Las Vegas, NV CD was deleted because it was redeemed in 2017.

5. In Part VIII, Bank of China New York, NY CD was deleted because it was redeemed in 2017.

6. In part VIII, at lines 23-32, I added various funds purchased by my husband's SEP during 2018. I added them here, rather than at the end of the section, to keep them with the other investments held by the SEP. This resulted in renumbering of the entries beginning in this year's line 33 (WW Mandalay Preserve, LLC) and all those following.

7. In line 52, I realized that I had not been reporting the correct legal name of this entity in the past. This is the same entity that I have identified last year as "Sierra Ridge."

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 05/3/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer L. Thurston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544